## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS PACIFIC LAND TRUST and, solely in their respective capacities as trustees for Texas Pacific Land Trust, DAVID E. BARRY and JOHN R. NORRIS III, | § § § § § | |
| *Plaintiffs*, | § § | |
| – against – | § § | CASE NO. 3:19-cv-01224-B |
| ERIC L. OLIVER, | § § | |
| *Defendant*, | § § § | |
| and | § § | |
| ERIC L. OLIVER, SOFTVEST, L.P., HORIZON KINETICS LLC, and ART-FGT FAMILY PARTNERS LIMITED, | § § § § | |
| *Counter-Plaintiffs*, | § § | |
| – against – | § § § | |
| DAVID E. BARRY and JOHN R. NORRIS III, in their individual capacities and in their capacities as trustees for the Texas Pacific Land Trust, | § § § § § | |
| *Counter-Defendants*. | § § | |

## AGREED JOINT MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE

Plaintiffs Texas Pacific Land Trust and, solely in their respective capacities as trustees for Texas Pacific Land Trust, David E. Barry and John R. Norris III (collectively, "Plaintiffs"), Eric L. Oliver ("Defendant"), and SoftVest, L.P., Horizon Kinetics, LLC, and ART-FGT Family Partners Limited (together with Defendant "Counter-Plaintiffs") hereby file this Agreed Joint Motion to Dismiss All Claims Without Prejudice.

On May 22, 2019, Plaintiffs filed an Amended Complaint alleging violations of the Securities Exchange Act of 1934 and seeking a declaratory judgment.  Dkt No. 15.  On June 18,

2019, Counter-Plaintiffs filed Amended Counterclaims also seeking a declaratory judgment and alleging various causes of action sounding in tort and contract.  Dkt. No. 22.  Having entered into a settlement agreement on July 30, 2019 (the "Agreement"), the Parties respectfully request that the Court dismiss all claims and counterclaims in this action, in their entirety, without prejudice.  The Parties likewise respectfully request that the Court retain exclusive jurisdiction over the Parties for purposes of enforcing the Agreement.

Plaintiffs and Counter-Plaintiffs agree that all claims and counterclaims should be dismissed without prejudice.

## PRAYER FOR RELIEF

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and this Court's equitable powers, the Parties respectfully request that the Court grant this motion and dismiss all claims in the Amended Complaint (Dkt. 15) and the Amended Counterclaims (Dkt. 22) without prejudice, pursuant to their settlement agreement entered into on July 30, 2019.  The Parties further request that this Court retain exclusive jurisdiction to enforce the settlement agreement in the event such enforcement becomes necessary.  Each party to bear its own costs as incurred.

DATED:  July 30, 2019

Respectfully submitted,

*/s/ Yvette Ostolaza* _____

*/s/ Robert C. Walters* _____

Yvette Ostolaza
Texas Bar No. 00784703
yvette.ostolaza@sidley.com
Yolanda C. Garcia
Texas Bar No. 24012457
ygarcia@sidley.com
Tiffanie N. Limbrick
Texas Bar No. 24087928
tlimbrick@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:  214-981-3300
Facsimile:  214-981-3400

and

Andrew W. Stern
NY Bar No. 2480465 (admitted *pro hac vice*)
astern@sidley.com
Alex J. Kaplan
NY Bar No. 4160370 (admitted *pro hac vice*)
ajkaplan@sidley.com
Jon Muenz
NY Bar No. 4705968 (admitted *pro hac vice*)
jmuenz@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Telephone:  212-839-5300
Facsimile:  212-839-5599

*Attorneys for Plaintiffs and Counter-Defendants*

Robert C. Walters
rwalters@gibsondunn.com
Russell H. Falconer
rfalconer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

and

Adam H. Offenhartz (admitted *pro hac vice*)
aoffenhartz@gibsondunn.com
Aric H. Wu (admitted *pro hac vice*)
awu@gibsondunn.com
Peter M. Wade (admitted *pro hac vice*)
pwade@gibsondunn.com
Luke A. Dougherty (admitted *pro hac vice*)
ldougherty@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

and

Tyler H. Amass (admitted *pro hac vice*)
tamass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202

*Attorneys for Defendant and Counter-Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Rule 5 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that on July 30, 2019, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system on the following parties:

Robert C. Walters
rwalters@gibsondunn.com
Russell H. Falconer
rfalconer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Adam H. Offenhartz (admitted *pro hac vice*)
aoffenhartz@gibsondunn.com
Aric H. Wu (admitted *pro hac vice*)
awu@gibsondunn.com
Peter M. Wade (admitted *pro hac vice*)
pwade@gibsondunn.com
Luke A. Dougherty (admitted *pro hac vice*)
ldougherty@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Tyler H. Amass (admitted *pro hac vice*)
tamass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202

*Attorneys for Defendant and Counter-Plaintiffs*

*/s/ Tiffanie N. Limbrick*
Tiffanie N. Limbrick